S6N 200626 002020 2020 0000480974 1
993-0001

# Earnings Statement

**ADP**

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

| | |
|---|---|
| Period Beginning: | 11/09/2020 |
| Period Ending: | 11/22/2020 |
| Pay Date: | 11/27/2020 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4601.77 | 80.00 | 4,601.77 | 110,352.25 |
| **Gross Pay** | | | **$4,601.77** | 122,258.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -728.87 | 20,377.79 |
| | Social Security Tax | -267.89 | 7,161.91 |
| | Medicare Tax | -62.65 | 1,674.96 |
| | PA State Income Tax | -132.50 | 3,542.75 |
| | West Whitela Income Tax | -43.16 | 1,154.00 |
| | West Whitela Local Svc Tax | -2.00 | 48.00 |
| | PA SUI/SDI Tax | -2.76 | 73.35 |
| | **Other** | | |
| | Dental | -14.61* | 350.64 |
| | Medical | -258.07* | 6,193.68 |
| | PUC | -69.23 | 1,661.52 |
| | Vision | -13.13* | 315.12 |
| | 401K | -184.07* | 3,221.18 |
| | **Net Pay** | **$2,822.83** | |
| | Check | -2,822.83 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 4.84 | 115.96 |
| 401K Er Match | 138.05 | 2,622.92 |
| Ytd 401K Match | | 2,622.92 |

**Important Notes**
COMPANY PH #: 215 347 6400

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,131.89

© 2000 ADP, LLC

---

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

| | |
|---|---|
| **Advice number:** | 00000480974 |
| Pay date: | 11/27/2020 |

**Deposited to the account of**
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $2,822.83 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

8TE   013135   021220           0000204855

# Earnings Statement

**ADP**

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

Period Beginning:  05/08/2021
Period Ending:     05/21/2021
Pay Date:          05/21/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Wages | 5576.93 | 80.00 | 5,576.93 | 25,096.19 |
| Car Allowance | | | 461.54 | 2,076.93 |
| Long Term Dis | | | 12.88 | 51.52 |
| **Gross Pay** | | | **$6,051.35** | 27,224.64 |

**Net Check**        **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,409.69

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -496.85 | 2,268.18 |
| | Social Security Tax | -358.60 | 1,621.59 |
| | Medicare Tax | -83.86 | 379.24 |
| | PA State Income Tax | -177.00 | 800.69 |
| | West Whitela Income Tax | -57.65 | 172.95 |
| | West Whitela Local Svc Tax | -2.00 | 6.00 |
| | PA SUI Tax | -3.62 | 16.30 |
| | **Other** | | |
| | Dental | -13.37* | 53.48 |
| | Dependent Care | -21.05* | 84.20 |
| | Legal Plan | -9.00 | 36.00 |
| | Ltd Imp Income | -12.88* | 51.52 |
| | Med Fsa | -52.63* | 210.52 |
| | Medical Ins | -205.15* | 820.60 |
| | Supp Ad&D | -2.40 | 9.60 |
| | Vgtl | -4.85 | 19.40 |
| | Vision | -1.96* | 7.84 |
| | 401K | -334.62* | 1,505.79 |
| | **Net Pay** | **$4,213.86** | |
| | Chkg | -4,213.86 | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| G.T.L. | 26.65 | 106.60 |
| Totl Hrs Worked | 80.00 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Default | | | |
| Reg Wages | 5576.93 | 80.00 | 5,576.93 |
| Car Allowance | | | 461.54 |
| Long Term Dis | | | 12.88 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:   Married
Exemptions/Allowances:
  PA:   N/A

© 2000 ADP, LLC

---

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

**Advice number:**  00000204855
**Pay date:**  05/21/2021

**Deposited to the account of**
**SIERRA MCMONAGLE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx  xxxx | $4,213.86 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

8TE    013135    021220    000000180860

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

Period Beginning:    04/24/2021
Period Ending:       05/07/2021
Pay Date:            05/07/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Wages | 5576.93 | 80.00 | 5,576.93 | 19,519.26 |
| Car Allowance | | | 461.54 | 1,615.39 |
| Long Term Dis | | | 12.88 | 38.64 |
| **Gross Pay** | | | **$6,051.35** | 21,173.29 |

**Net Check    $0.00**

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,409.69

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -496.85 | 1,771.33 |
| | Social Security Tax | -358.60 | 1,262.99 |
| | Medicare Tax | -83.87 | 295.38 |
| | PA State Income Tax | -177.00 | 623.69 |
| | West Whitela Income Tax | -57.65 | 115.30 |
| | West Whitela Local Svc Tax | -2.00 | 4.00 |
| | PA SUI Tax | -3.62 | 12.68 |
| | **Other** | | |
| | Dental | -13.37* | 40.11 |
| | Dependent Care | -21.05* | 63.15 |
| | Legal Plan | -9.00 | 27.00 |
| | Ltd Imp Income | -12.88* | 38.64 |
| | Medical Fsa Act | -52.63* | 157.89 |
| | Medical Ins | -205.15* | 615.45 |
| | Supp Ad&D | -2.40 | 7.20 |
| | Vgtl | -4.85 | 14.55 |
| | Vision | -1.96* | 5.88 |
| | 401K | -334.62* | 1,171.17 |
| | **Net Pay** | **$4,213.85** | |
| | Chkg | -4,213.85 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 26.65 | 79.95 |
| Totl Hrs Worked | 80.00 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Default | | | |
| Reg Wages | 5576.93 | 80.00 | 5,576.93 |
| Car Allowance | | | 461.54 |
| Long Term Dis | | | 12.88 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    N/A

© 2000 ADP, LLC

---

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

**Advice number:**    00000180860
**Pay date:**          05/07/2021

**Deposited to the account of**
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $4,213.85 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

S6N 200626 002020 2020 0000010950 1
969-0001

# Earnings Statement

ADP

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

| | |
|---|---|
| Period Beginning: | 12/21/2020 |
| Period Ending: | 01/03/2021 |
| Pay Date: | 01/08/2021 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 57.5221 | 72.00 | 4,141.59 | 4,141.59 |
| **Gross Pay** | | | **$4,141.59** | 4,141.59 |

Your federal taxable wages this period are $3,687.45

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -618.56 | 618.56 |
| | Social Security Tax | -239.19 | 239.19 |
| | Medicare Tax | -55.94 | 55.94 |
| | PA State Income Tax | -118.29 | 118.29 |
| | West Whitela Income Tax | -38.53 | 38.53 |
| | West Whitela Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -2.48 | 2.48 |
| | **Other** | | |
| | Dental | -15.76* | 15.76 |
| | Life Ins Empl | -22.38 | 22.38 |
| | Medical | -259.59* | 259.59 |
| | Vision | -13.13* | 13.13 |
| | 401K | -165.66* | 165.66 |
| | 401K Loan 1 | -43.76 | 43.76 |
| | **Net Pay** | | **$2,546.32** |
| | Check | -2,546.32 | |
| | **Net Check** | | **$0.00** |

**Other Benefits and Information** | this period | total to date
---|---|---
Group Term Life | 4.84 | 4.84
401K Er Match | 124.25 | 124.25
Ytd 401K Match | | 124.25

**Important Notes**
COMPANY PH #: 215 347 6400

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, LLC

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

**Advice number:** 00000010950
**Pay date:** 01/08/2021



**Deposited to the account of**
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $2,546.32 |

# NON-NEGOTIABLE

```
S6N  200626  002020  2020  0000051040  1
                                   1064-0001
```

# Earnings Statement

**ADP**

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

Period Beginning:  01/18/2021
Period Ending:     01/31/2021
Pay Date:          02/05/2021

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:   0
    PA:        N/A

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Vacation | 57.5221 | 48.12 | 2,767.96 | 2,767.96 |
| Regular | | | | 4,141.59 |
| **Gross Pay** | | | **$2,767.96** | 6,909.55 |

Your federal taxable wages this period are $2,368.76

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -324.18 | 942.74 |
| | Social Security Tax | -154.03 | 393.22 |
| | Medicare Tax | -36.02 | 91.96 |
| | PA State Income Tax | -76.12 | 194.41 |
| | West Whitela Income Tax | -24.79 | 63.32 |
| | West Whitela Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -1.67 | 4.15 |
| **Other** | | | |
| | Dental | -15.76* | 31.52 |
| | Life Ins Empl | -22.38 | 44.76 |
| | Medical | -259.59* | 519.18 |
| | Vision | -13.13* | 26.26 |
| | 401K | -110.72* | 276.38 |
| | 401K Loan 1 | -43.76 | 87.52 |
| **Net Pay** | | **$1,683.81** | |
| Check | | -1,683.81 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 4.84 | 9.68 |
| 401K Er Match | 83.04 | 207.29 |
| Ytd 401K Match | | 207.29 |

**Important Notes**
COMPANY PH #: 215 347 6400

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

Advice number:  00000051040
Pay date:       02/05/2021



**Deposited to the account of**
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $1,683.81 |

**NON-NEGOTIABLE**

| S6N | 200626 | 002020 | 2020 | 0000526034 | 3 |

**Earnings Statement**  ADP

2044-0001

ASHFIELD HEALTHCARE LLC  
1100 VIRGINIA DR  
FORT WASHINGTON, PA, 19034  
COMPANY PH#: 215 347 6400

Period Beginning:  12/07/2020  
Period Ending:    12/20/2020  
Pay Date:         12/24/2020

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 0  
  PA:      N/A

SIERRA MCMONAGLE  
418 OAKLAND DR  
DOWNINGTOWN PA 19335

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Client Bonus | | | 2,991.15 | |
| Regular | | | | 119,555.79 |
| Gift Card | | | | 15.08 |
| **Gross Pay** | | | **$2,991.15** | 134,467.97 |

Your federal taxable wages this period are $2,991.15

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -658.05 | 22,496.89 |
| | Social Security Tax | -185.45 | 7,884.08 |
| | Medicare Tax | -43.37 | 1,843.86 |
| | PA State Income Tax | -91.83 | 3,900.04 |
| | West Whitela Income Tax | -29.91 | 1,270.38 |
| | PA SUI/SDI Tax | -1.79 | 80.68 |
| | West Whitela Local Svc Tax | | 52.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 125.64 |
| 401K Er Match | | 2,899.02 |
| Ytd 401K Match | | 2,899.02 |

**Important Notes**  
COMPANY PH #: 215 347 6400

BASIS OF PAY: SALARY

| | Other | | |
|---|---|---|---|
| | Dental | | 379.86 |
| | Gift Cards | | 10.00 |
| | Medical | | 6,709.82 |
| | PUC | | 1,799.98 |
| | Vision | | 341.38 |
| | 401K | | 3,589.32 |
| | **Net Pay** | | **$1,980.75** |
| | Check | -1,980.75 | |
| | **Net Check** | | **$0.00** |

$2,991.15 Client Bonus for 10/01/20 - 12/31/20

© 2000 ADP, LLC

ASHFIELD HEALTHCARE LLC  
1100 VIRGINIA DR  
FORT WASHINGTON, PA, 19034  
COMPANY PH#: 215 347 6400

Advice number: 00000526034  
Pay date: 12/24/2020

Deposited to the account of  
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $1,980.75 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

S6N  200626  002020  2020   0000500968     1

# Earnings Statement

**ADP**

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

983-0001

Period Beginning:   11/23/2020
Period Ending:      12/06/2020
Pay Date:           12/11/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:    0
    PA:         N/A

**SIERRA MCMONAGLE**
**418 OAKLAND DR**
**DOWNINGTOWN PA 19335**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4601.77 | 80.00 | 4,601.77 | 114,954.02 |
| **Gross Pay** | | | **$4,601.77** | 126,859.97 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -728.87 | 21,106.66 |
| | Social Security Tax | -267.89 | 7,429.80 |
| | Medicare Tax | -62.66 | 1,737.62 |
| | PA State Income Tax | -132.50 | 3,675.25 |
| | West Whitela Income Tax | -43.16 | 1,197.16 |
| | West Whitela Local Svc Tax | -2.00 | 50.00 |
| | PA SUI/SDI Tax | -2.77 | 76.12 |
| | **Other** | | |
| | Dental | -14.61* | 365.25 |
| | Medical | -258.07* | 6,451.75 |
| | PUC | -69.23 | 1,730.75 |
| | Vision | -13.13* | 328.25 |
| | 401K | -184.07* | 3,405.25 |
| | **Net Pay** | **$2,822.81** | |
| | Check | -2,822.81 | |
| | **Net Check** | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Group Term Life | 4.84 | 120.80 |
| 401K Er Match | 138.05 | 2,760.97 |
| Ytd 401K Match | | 2,760.97 |

**Important Notes**
COMPANY PH #: 215 347 6400

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,131.89

© 2000 ADP, LLC

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

**Advice number:**   00000500968
Pay date:            12/11/2020

**Deposited to the account of**
**SIERRA MCMONAGLE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $2,822.81 |



**NON-NEGOTIABLE**

8TE 013135 021220 000 0164846
CHR Rate 109
Page 1 (Con't Next Page)

# Earnings Statement

**ADP**

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

| | |
|---|---|
| Period Beginning: | 04/10/2021 |
| Period Ending: | 04/23/2021 |
| Pay Date: | 04/23/2021 |

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Wages | 5576.93 | 80.00 | 5,576.93 | 13,942.33 |
| Car Allowance | | | 461.54 | 1,153.85 |
| Long Term Dis | | | 12.88 | 25.76 |
| **Gross Pay** | | | **$6,051.35** | 15,121.94 |

**Net Check** $0.00

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,409.69

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -496.85 | | 1,274.48 |
| Social Security Tax | -358.60 | | 904.39 |
| Medicare Tax | -83.87 | | 211.51 |
| PA State Income Tax | -177.00 | | 446.69 |
| West Whitela Income Tax | -57.65 | | 57.65 |
| West Whitela Local Svc Tax | -2.00 | | 2.00 |
| PA SUI Tax | -3.63 | | 9.06 |
| **Other** | | | |
| Dental | -13.37* | | 26.74 |
| Dependent Care | -21.05* | | 42.10 |
| Legal Plan | -9.00 | | 18.00 |
| Ltd Imp Income | -12.88* | | 25.76 |
| Medical Fsa Act | -52.63* | | 105.26 |
| Medical Ins | -205.15* | | 410.30 |
| Supp Ad&D | -2.40 | | 4.80 |
| Vgtl | -4.85 | | 9.70 |
| Vision | -1.96* | | 3.92 |
| 401K | -334.62* | | 836.55 |
| **Net Pay** | | | **$4,213.84** |
| Chkg | -4,213.84 | | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 26.65 | 53.30 |
| Totl Hrs Worked | 80.00 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Default | | | |
| Reg Wages | 5576.93 | 80.00 | 5,576.93 |
| Car Allowance | | | 461.54 |
| Long Term Dis | | | 12.88 |

**Important Notes**

EFFECTIVE THIS PAY PERIOD YOUR LOCALITY JURISDICTION HAS BEEN CHANGED.

EFFECTIVE THIS PAY PERIOD YOUR LOCAL TAX JURISDICTION HAS BEEN CHANGED.

**Additional Tax Withholding Information**
 Taxable Marital Status:
 PA: Married

© 2000 ADP, LLC

---

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

| | |
|---|---|
| **Advice number:** | 00000164846 |
| Pay date: | 04/23/2021 |

**Deposited to the account of**
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $4,213.84 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

*8TE 013135 021220 000006846*
*Page 2*

*ALEXION PHARMACEUTICALS, INC*
*100 COLLEGE STREET*
*NEW HAVEN, CT 06510-3210*
*475 230 2596*

Period Beginning: 04/10/2021
Period Ending: 04/23/2021
Pay Date: 04/23/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

**Additional Tax Withholding Information**
Exemptions/Allowances:
  PA:       N/A

© 2000 ADP, LLC

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| 8TE | 013135 | 021220 | 000140886 21 |

# Earnings Statement

**ADP**

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

Period Beginning: 03/27/2021
Period Ending: 04/09/2021
Pay Date: 04/09/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Wages | 5576.93 | 40.00 | 2,788.47 | 8,365.40 |
| Car Allowance | | | 230.77 | 692.31 |
| Long Term Dis | | | | 12.88 |
| **Gross Pay** | | | **$3,019.24** | 9,070.59 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -280.78 | 777.63 |
| | Social Security Tax | -187.19 | 545.79 |
| | Medicare Tax | -43.77 | 127.64 |
| | PA State Income Tax | -92.69 | 269.69 |
| | PA SUI Tax | -1.81 | 5.43 |
| | **Other** | | |
| | 401K | -167.31* | 501.93 |
| | Dental | | 13.37 |
| | Dependent Care | | 21.05 |
| | Legal Plan | | 9.00 |
| | Ltd Imp Income | | 12.88 |
| | Medical Fsa Act | | 52.63 |
| | Medical Ins | | 205.15 |
| | Supp Ad&D | | 2.40 |
| | Vgtl | | 4.85 |
| | Vision | | 1.96 |
| **Net Pay** | | | **$2,245.69** |
| Chkg | | -2,245.69 | |
| **Net Check** | | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,851.93

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 26.65 |
| Totl Hrs Worked | 40.00 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Default | | | |
| Reg Wages | 5576.93 | 40.00 | 2,788.47 |
| Car Allowance | | | 230.77 |

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Married
Exemptions/Allowances:
 PA: N/A

© 2000 ADP, LLC

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

Advice number: 00000140886
Pay date: 04/09/2021

**Deposited to the account of**
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $2,245.69 |



**NON-NEGOTIABLE**

# Earnings Statement

ADP

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

Period Beginning: 03/27/2021
Period Ending: 04/09/2021
Pay Date: 04/09/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Wages | 5576.93 | 80.00 | 5,576.93 | 5,576.93 |
| Car Allowance | | | 461.54 | 461.54 |
| Long Term Dis | | | 12.88 | 12.88 |
| **Gross Pay** | | | **$6,051.35** | 6,051.35 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -496.85 | 496.85 |
| | Social Security Tax | -358.60 | 358.60 |
| | Medicare Tax | -83.87 | 83.87 |
| | PA State Income Tax | -177.00 | 177.00 |
| | PA SUI Tax | -3.62 | 3.62 |
| | **Other** | | |
| | Dental | -13.37* | 13.37 |
| | Dependent Care | -21.05* | 21.05 |
| | Legal Plan | -9.00 | 9.00 |
| | Ltd Imp Income | -12.88* | 12.88 |
| | Medical Fsa Act | -52.63* | 52.63 |
| | Medical Ins | -205.15* | 205.15 |
| | Supp Ad&D | -2.40 | 2.40 |
| | Vgtl | -4.85 | 4.85 |
| | Vision | -1.96* | 1.96 |
| | 401K | -334.62* | 334.62 |
| | **Net Pay** | **$4,273.50** | |
| | Chkg | -4,273.50 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,409.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 26.65 | 26.65 |
| Totl Hrs Worked | 80.00 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Default | | | |
| Reg Wages | 5576.93 | 80.00 | 5,576.93 |
| Car Allowance | | | 461.54 |
| Long Term Dis | | | 12.88 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    N/A

© 2000 ADP, LLC

ALEXION PHARMACEUTICALS, INC
100 COLLEGE STREET
NEW HAVEN, CT 06510-3210
475 230 2596

Advice number: 00000140885
Pay date: 04/09/2021

**Deposited to the account of**
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $4,273.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| | | | | |
|---|---|---|---|---|
| S6N | 200626 | 002020 2020 | 0000526033 | 2 |

2043-0001

# Earnings Statement

ADP

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

Period Beginning: 12/07/2020
Period Ending: 12/20/2020
Pay Date: 12/24/2020

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    PA: N/A

SIERRA MCMONAGLE
418 OAKLAND DR
DOWNINGTOWN PA 19335

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4601.77 | 80.00 | 4,601.77 | 119,555.79 |
| Gift Card | | | | 15.08 |
| **Gross Pay** | | | **$4,601.77** | 131,476.82 |

Your federal taxable wages this period are
$4,131.89

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -728.87 | 21,838.84 |
| | Social Security Tax | -267.89 | 7,698.63 |
| | Medicare Tax | -62.66 | 1,800.49 |
| | PA State Income Tax | -132.50 | 3,808.21 |
| | West Whitela Income Tax | -43.16 | 1,240.47 |
| | West Whitela Local Svc Tax | -2.00 | 52.00 |
| | PA SUI/SDI Tax | -2.76 | 78.89 |
| | **Other** | | |
| | Dental | -14.61* | 379.86 |
| | Medical | -258.07* | 6,709.82 |
| | PUC | -69.23 | 1,799.98 |
| | Vision | -13.13* | 341.38 |
| | 401K | -184.07* | 3,589.32 |
| | Gift Cards | | 10.00 |
| | **Net Pay** | **$2,822.82** | |
| | Check | -2,822.82 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 4.84 | 125.64 |
| 401K Er Match | 138.05 | 2,899.02 |
| Ytd 401K Match | | 2,899.02 |

**Important Notes**
COMPANY PH #: 215 347 6400

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, LLC

ASHFIELD HEALTHCARE LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA, 19034
COMPANY PH#: 215 347 6400

Advice number: 00000526033
Pay date: 12/24/2020

**Deposited to the account of**
SIERRA MCMONAGLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7656 | xxxx xxxx | $2,822.82 |



**NON-NEGOTIABLE**