# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                   Chapter 13

       SIERRA  L. MCMONAGLE                         Bankruptcy No. 21-11560-AMC

       418 OAKLAND DRIVE

       DOWNINGTOWN, PA 19335

       Debtor

### CERTIFICATE OF SERVICE

     **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SIERRA  L. MCMONAGLE

    418 OAKLAND DRIVE

    DOWNINGTOWN, PA 19335

**Counsel for debtor(s), by electronic notice only.**
    RICHARD N. LIPOW
    629 SWEDESFORD RD

    MALVERN, PA 19355-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 9/28/2021                                                                                       /s/ William C. Miller

                                                                           _____

                                                                        William C. Miller, Esquire
                                                                        Chapter 13 Standing Trustee