# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **SIERRA L MCMONAGLE**  　　　　　　　　　　　　　　　　Case No.  **21-11560**
　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　Chapter  **13**

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.
2. The above named debtor has filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.
3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing

Dated: 11/30/21　　　　　　　　　　　　　　　　　　/s/RICHARD LIPOW
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD LIPOW
　　　　　　　　　　　　　　　　　　　　　　　　　DEBTOR'S COUNSEL