United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sierra L. McMonagle  
    Debtor

Case No. 21-11560-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 30, 2021      Form ID: 155      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sierra L. McMonagle, 418 Oakland Dr., Downingtown, PA 19335-1730 |
| 14612188 | | AES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 14626443 | + | AMERICAN HERITAGE CREDIT UNION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14614957 | | ECMC, PO BOX 16408, Saint Paul, MN 55116-0408 |
| 14614959 | + | JAMES MCMONAGLE, 418 OAKLANDS DR, Downingtown, PA 19335-1730 |
| 14612191 | + | MTGLQ Investors, L.P., c/o Martha E. Von Rosenstiel, P.C., 649 SOUTH AVENUE, STE 7, Clifton Heights, PA 19018-3541 |
| 14612192 | + | PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14617847 | + | Rushmore Loan Management Services, c/o Lorraine Gazzara Doyle, Esquire, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14612193 | #+ | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14628266 | + | U.S. Bank Trust National Association,, as Trustee Dwelling Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14614965 | + | WEST WHITELAND TWNSP, CO PORTNOFF, PO BOX 3020, Norristown, PA 19404-3020 |
| 14628602 | + | West Whiteland Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14628603 | + | West Whiteland Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14612189 | + | Email/Text: broman@amhfcu.org | Nov 30 2021 23:43:00 | AMERICAN HERITAGE FCU, 2060 RED LION RD, ATT BANKRUPTCY, Philadelphia, PA 19115-1603 |
| 14628171 | + | Email/Text: broman@amhfcu.org | Nov 30 2021 23:43:00 | American Heritage Credit Union, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14612190 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 30 2021 23:43:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14612194 | | Email/Text: bankruptcy@td.com | Nov 30 2021 23:43:00 | TD BANK, 1701 RT 70 E, ATT BANKRUPTCY, Cherry Hill, NJ 08034 |
| 14612195 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2021 23:43:00 | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR STE 514, Fort Washington, PA 19034-2733 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14614955 | * | AES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 14614956 | *+ | AMERICAN HERITAGE FCU, 2060 RED LION RD, ATT BANKRUPTCY, Philadelphia, PA 19115-1603 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: 155 | Total Noticed: 18 |

| | | |
|---|---|---|
| 14614958 | * | INTERNAL REVENUE SERVICE, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14614960 | *+ | MTGLQ Investors, L.P., c/o Martha E. Von Rosenstiel, P.C., 649 SOUTH AVENUE, STE 7, Clifton Heights, PA 19018-3541 |
| 14614961 | *+ | PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14614962 | *+ | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14614963 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD BANK, 1701 RT 70 E, ATT BANKRUPTCY, Cherry Hill, NJ 08034 |
| 14614964 | *+ | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR STE 514, Fort Washington, PA 19034-2733 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor West Whiteland Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| RICHARD N. LIPOW | on behalf of Debtor Sierra L. McMonagle richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sierra L. McMonagle
      Debtor(s)

Chapter: 13
Bankruptcy No: 21−11560−amc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this November 30, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

38 − 14
Form 155