WWR# 041377586

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Sierra L McMonagle<br>　　　　　　　　　Debtor<br><br>American Heritage Credit Union<br>　　　　　　　　　Movant | CASE NO.  21-11560-amc<br>CHAPTER 13<br><br>**Hearing Date: 03/12/2024**<br>**Hearing Time: 11:00 a.m.** |

**REQUEST FOR ADMISSIONS**

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondents/Debtors, Sierra L McMonagle, have failed to make the payments that were due to Movant on the dates listed below and in the amounts listed below:

   (a)    One (1) monthly payment of $412.84, due on 06/30/2023.

   (b)    One (1) monthly payment of $612.16, due on 07/30/2023.

   (c)    One (1) monthly payment of $612.16, due on 08/30/2023.

   (d)    One (1) monthly payment of $612.16, due on 09/30/2023.

   (e)    One (1) monthly payment of $612.16, due on 10/30/2023.

   (f)    One (1) monthly payment of $612.16, due on 11/30/2023.

   (g)    One (1) monthly payment of $612.16, due on 12/30/2023.

   (h)    One (1) monthly payment of $612.16, due on 01/30/2024.

Respectfully Submitted

/s/ Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com