# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Sierra L McMonagle<br>　　　　　　　　　Debtor<br><br>American Heritage Credit Union<br>　　　　　　　　　Movant | CASE NO. 21-11560-amc<br>CHAPTER 13<br><br>**Hearing Date: 03/12/2024**<br>**Hearing Time: 11:00 a.m.** |

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtor produces for inspection by the undersigned attorney for the Movant the following:

1. If you deny any or all of the subsections under Movant's Request for admission No. 1:

    (a) Canceled check, receipt, proof of money order, or other documentation evidencing that the payment due on 06/30/2023-01/30/2024, was tendered to Movant.

2. Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.


Respectfully Submitted,


/s/ Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com