In the United States Bankruptcy Court for the
Eastern District of Pennsylvania

In re: SIERRA L MCMONAGLE
    *Debtor*

Bankruptcy No. 21-11560
Chapter 13

RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor Sierra L. McMonagle responds to the creditor's motion as follows:

    Counsel for the parties have agreed to file a stipulation for an agreed order allowing the debtor to pay all post-petition arrearages in April 2024.  The stipulation is being prepared by movant's counsel and it will be submitted for the court's approval.

Dated: March 6, 2024

                /s/ Richard N. Lipow
                RICHARD N LIPOW
                Attorney for Debtor

Certificate of Service

    The undersigned certifies that the foregoing was served by the ECF system on movant's counsel, the US and Chapter 13 trustees at the time it was filed.

Dated: March 6, 2024

                /s/ Richard N. Lipow
                RICHARD N LIPOW
                Attorney for Debtor