WWR# 041377586

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Sierra L McMonagle<br>　　　　　　Debtor<br><br>American Heritage Credit Union<br>　　　　　　Movant<br><br>Sierra L McMonagle<br>Respondent/Debtor<br>Kenneth E. West, Standing Trustee<br>Additional Respondent | CASE NO. 21-11560-amc<br><br>CHAPTER 13<br><br>Related to Doc No: 45, 46, 47, 48 |

**<u>ORDER</u>**

AND NOW, to-wit, this ___14th___ day of ___March,___ 2024, upon consideration of the foregoing stipulation, said stipulation is hereby approved and SO ORDERED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Milos Gvozdenovic
Weltman, Weinberg & Reis, Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com