United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                   Case No. 21-11560-amc
Sierra L. McMonagle                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                    Page 1 of 2
Date Rcvd: Mar 14, 2024            Form ID: pdf900               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sierra L. McMonagle, 418 Oakland Dr., Downingtown, PA 19335-1730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024                    Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

**Name**                    **Email Address**

JAMES RANDOLPH WOOD
         on behalf of Creditor West Whiteland Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
         ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
         on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com

MARK A. CRONIN
         on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bkgroup@kmllawgroup.com

MILOS GVOZDENOVIC
         on behalf of Creditor AMERICAN HERITAGE CREDIT UNION mgvozdenovic@weltman.com pitecf@weltman.com

RICHARD N. LIPOW

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Sierra L. McMonagle richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

ROGER FAY

on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

WWR# 041377586

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Sierra L McMonagle<br>                Debtor | CASE NO. 21-11560-amc<br><br>CHAPTER 13<br><br>Related to Doc No: 45, 46, 47, 48 |
| American Heritage Credit Union<br>                Movant | |
| Sierra L McMonagle<br>Respondent/Debtor<br>Kenneth E. West, Standing Trustee<br>Additional Respondent | |

**ORDER**

AND NOW, to-wit, this __14th__ day of __March,__ 2024, upon consideration of the foregoing stipulation, said stipulation is hereby approved and SO ORDERED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Milos Gvozdenovic
Weltman, Weinberg & Reis, Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com