# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **SIERRA L MCMONAGLE**  Case No. **21-11560**
Debtor(s)  Chapter **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

**Section 1: to be completed by all debtors:**

Date: **December 2, 2025**  Case No. **21-11560**
Debtor: **SIERRA L MCMONAGLE**  Co-Debtor:
SS No. **xxx-xx-6577**  SS No.

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes _____ no _____   Co-Debtor: yes _____ no _____

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

**Section 2: to be completed only if you answered "yes" above:**

Debtor's current marital status:  Co-debtor's current marital status:
Married _____ Divorced _____  Married _____ Divorced _____
Separated _____ Widowed _____  Separated _____ Widowed _____

Name of person support is sent to: _____
Complete Address: _____
City _____ State _____ Zip _____
Phone _____

Are support payments deducted from your paycheck? _____
Provide the State Agency Information:
Agency Name: _____
Address: _____
City: _____ State _____ Zip _____

Names of creditors for any debts that will not be discharged or that you will reaffirm:
_____

Identify your Employer Name and Address:
_____

**Section 3: To be signed by all debtors**

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor  **/s/ SIERRA L MCMONAGLE**  Co-Debtor _____
  **SIERRA L MCMONAGLE**