Certificate Number: 16339-PAE-DE-035737807

Bankruptcy Case Number: 21-11560



16339-PAE-DE-035737807

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 7, 2021</u>, at <u>5:08</u> o'clock <u>PM EDT</u>, <u>Sierra Mcmonagle</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 7, 2021</u>             By:   <u>/s/Kelley Tipton</u>

                                                 Name: <u>Kelley Tipton</u>

                                                 Title: <u>Certified Financial Counselor</u>