United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 21-11560-amc

Sierra L. McMonagle                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                   Page 1 of 3

Date Rcvd: May 28, 2026                        Form ID: 138OBJ                            Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sierra L. McMonagle, 418 Oakland Dr., Downingtown, PA 19335-1730 |
| 14626443 | + | AMERICAN HERITAGE CREDIT UNION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14614959 | + | JAMES MCMONAGLE, 418 OAKLANDS DR, Downingtown, PA 19335-1730 |
| 14614965 | + | WEST WHITELAND TWNSP, CO PORTNOFF, PO BOX 3020, Norristown, PA 19404-3020 |
| 14628602 | + | West Whiteland Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14628603 | + | West Whiteland Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2026 01:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14612188 | | Email/Text: bncnotifications@pheaa.org | May 29 2026 01:14:00 | AES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 14612189 | + | Email/Text: jvalencia@amhfcu.org | May 29 2026 01:14:00 | AMERICAN HERITAGE FCU, 2060 RED LION RD, ATT BANKRUPTCY, Philadelphia, PA 19115-1603 |
| 14628171 | + | Email/Text: jvalencia@amhfcu.org | May 29 2026 01:14:00 | American Heritage Credit Union, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14614957 | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2026 01:14:00 | ECMC, PO BOX 16408, Saint Paul, MN 55116-0408 |
| 14612190 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2026 01:14:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14612192 | + | Email/Text: bncnotifications@pheaa.org | May 29 2026 01:14:00 | PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14617847 | ^ | MEBN | May 29 2026 01:13:00 | Rushmore Loan Management Services, c/o Lorraine Gazzara Doyle, Esquire, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14612193 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2026 01:14:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14970992 | | Email/Text: bknotices@snsc.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: May 28, 2026 | Form ID: 138OBJ | Total Noticed: 21

| | | May 29 2026 01:15:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
|---|---|---|---|
| 14612194 | Email/Text: bankruptcy@td.com | May 29 2026 01:14:00 | TD BANK, 1701 RT 70 E, ATT BANKRUPTCY, Cherry Hill, NJ 08034 |
| 14612195 | + Email/Text: bankruptcydepartment@tsico.com | May 29 2026 01:15:00 | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR STE 514, Fort Washington, PA 19034-2733 |
| 14628266 | + Email/Text: nsm_bk_notices@mrcooper.com | May 29 2026 01:14:00 | U.S. Bank Trust National Association,, as Trustee Dwelling Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14801424 | ^ MEBN | May 29 2026 01:12:44 | U.S. Bank Trust National Association, as, Trustee of Dwelling Series IV Trust, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14614955 | * | AES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 14614956 | *+ | AMERICAN HERITAGE FCU, 2060 RED LION RD, ATT BANKRUPTCY, Philadelphia, PA 19115-1603 |
| 14614958 | * | INTERNAL REVENUE SERVICE, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14614960 | *+ | MTGLQ Investors, L.P., c/o Martha E. Von Rosenstiel, P.C., 649 SOUTH AVENUE, STE 7, Clifton Heights, PA 19018-3541 |
| 14614961 | *+ | PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14614962 | *+ | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14614963 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD BANK, 1701 RT 70 E, ATT BANKRUPTCY, Cherry Hill, NJ 08034 |
| 14614964 | *+ | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR STE 514, Fort Washington, PA 19034-2733 |
| 14612191 | ##+ | MTGLQ Investors, L.P., c/o Martha E. Von Rosenstiel, P.C., 649 SOUTH AVENUE, STE 7, Clifton Heights, PA 19018-3541 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026 | Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor West Whiteland Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com |

District/off: 0313-2                      User: admin                                    Page 3 of 3

Date Rcvd: May 28, 2026                   Form ID: 138OBJ                                 Total Noticed: 21

LAUREN MOYER

on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Pad Series IV Trust bkecf@friedmanvartolo.com

MATTHEW K. FISSEL

on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

MILOS GVOZDENOVIC

on behalf of Creditor AMERICAN HERITAGE CREDIT UNION mgvozdenovic@weltman.com  pitecf@weltman.com

RICHARD N. LIPOW

on behalf of Debtor Sierra L. McMonagle richard@lipowlaw.com
ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

ROGER FAY

on behalf of Creditor Rushmore Loan Management Services as servicer for U.S. Bank Trust National Association  as Trustee of
Dwelling Series IV Trust rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*Form 138OBJ* (6/24)–doc 66 – 63

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 )

   Sierra L. McMonagle           )         Case No. 21–11560–amc

                                 )

                                 )

   Debtor(s).                    )         Chapter: 13

                                 )

                                 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 28, 2026                                      For The Court

                                                   Mohung Wong
                                                   Clerk of Court