*Form 138FIN* (6/24)–doc 72 – 71

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
   Sierra L. McMonagle                     )          Case No. 21–11560–amc
                                           )
                                           )
   Debtor(s).                              )          Chapter: 13
                                           )
                                           )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.


All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107


In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


Date: July 20, 2026                                          For The Court

Mohung Wong
Clerk of Court